# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DIMAS GUTIERREZ CABRERA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-07670-JLT-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND TERMINATE ANY PENDING MOTIONS AS MOOT |

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 21, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On September 22, 2026, the assigned district judge dismissed the petition "as a duplicate of his prior case" and found the motion for TRO moot. (ECF No. 8.)

Accordingly, the Clerk of Court is DIRECTED to CLOSE the case and TERMINATE any pending motions as moot.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge